**Order filed November 21, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00193-CV

_____

### ALLSTAR REFINISHING & COLLISION CENTER, INC., Appellant

### V.

### AURELIA VILLALOBOS AND NATIONWIDE INSURANCE COMPANY, Appellees

**On Appeal from the County Court at Law**

**Midland County, Texas**

**Trial Court Cause No. CC-14325**

## O R D E R

This appeal has become stalled due to the failure of Trina Talbott Finnell, the court reporter for the Midland County Court at Law, to prepare and file in this court the reporter's record. The reporter's record was originally due on August 22, 2014. On September 8, 2014, the clerk of this court notified Finnell that the

reporter's record was past due and directed her to file the record on or before September 23, 2014. Finnell subsequently requested an extension, which was granted and which extended the record due date to October 3, 2014. On November 5, 2014, the clerk of this court again notified Finnell that the reporter's record was past due. We directed her to file the record on or before November 12, 2014. Finnell still has not filed the reporter's record and has not returned a phone call as requested by the clerk of this court on November 18.

By this order, **Trina Talbott Finnell is ORDERED to file the reporter's record in this cause on or before December 8, 2014**.

PER CURIAM

November 21, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.